# United States District Court
## for the
## Northern District of New York
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Francis Klocek                         Case Number: 5:01-CR-492-03

Name of Sentencing Judicial Officer:     Honorable Frederick J. Scullin, Jr., Chief U.S. District Judge

Date of Original Sentence:    4/25/02

Original Offense:   Possession of Counterfeit Currency With Intent to Defraud, 18 U.S.C. § 472

Original Sentence:    Four years probation

Type of Supervision:    Probation            Date Supervision Commenced:    4/25/02

Asst. U.S. Attorney:    Edward Broton        Defense Attorney: Mark D. Suben

## PETITIONING THE COURT

[ ]    To issue a warrant
[X]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | <u>You shall not commit another federal, state or local crime</u>. On November 26, 2005, Klocek was arrested by the Liverpool Village Police Department and charged with Driving While Intoxicated. The police report indicates the defendant had a blood alcohol content level of .20%. The charges are pending in Liverpool Village Court. This information is based on a police report. (Grade C violation) |

U.S. Probation Officer Recommendation:

    The term of supervision should be:
        [ ]    Revoked
        [ ]    Extended for  year(s), for a total term of  years.

[X]    The conditions of supervision should be modified as follows:

1. Extension of probation by one year. The new expiration date is April 24, 2007.

2. You shall reside for a period of six (6) months in a community corrections center or other suitable facility and shall observe the rules of that facility.

Prob 12C                                  -2-                          Petition for Warrant or Summons
                                                                              for Offender Under Supervision

Name of Offender: Francis Klocek                        Case Number: 5:01-CR-492-03

Respectfully submitted,

by

PAUL W. DeFELICE
Chief U.S. Probation Officer

*[signature]*

LORI ALBRIGHT
Supervising U.S. Probation Officer
Date: January 17, 2006

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  **The Issuance of a Summons**
[ ]  Other

*[signature]*
Signature of Judicial Officer

1/30/06
Date