UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

V.                                                          CRIMINAL NO. 5:01-CR-492-03

Francis Klocek

---

**FREDERICK J. SCULLIN, JR., CHIEF U.S. DISTRICT JUDGE**

## ORDER

## MODIFICATION OF SUPERVISED RELEASE TERM

This Court finds the offender has violated his conditions of probation by committing a Grade C violation. In accordance with the policy statement set forth in the U.S. Sentencing Guidelines 7B1.3(a)(2), this Court orders the conditions of probation be modified as follows:

1. Extension of probation by one year. The new expiration date is April 24, 2007.

2. You shall reside for a period of ~~six~~ 4 months in a community corrections center or other suitable facility and shall observe the rules of that facility.

3. You shall refrain from the use of alcohol while in treatment and for the remainder of the term of supervision following completion of treatment.

All other terms of the original judgment and previous modification remain the same.

**SO ORDERED.**

Dated: Feb 8, 2006
Syracuse, New York

Honorable Frederick J. Scullin, Jr.
Chief United States District Judge